469 A.2d 311

Commonwealth v. Tyler, Appellant.

Petition for Allowance of Appeal
Denied April 24, 1984.

Submitted November 16, 1983.   Douglas M. Johnson, Assistant Public Defender, for appellant;  Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BROSKY and HOFFMAN, JJ.

Judgment of sentence and order affirmed.

469 A.2d 312

Commonwealth v. Whitmyer, Appellant.

Submitted November 17, 1983.   Thomas G. Klingensmith, Assistant Public Defender, for appellant;   Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BROSKY and HOFFMAN, JJ.

Affirmed.